**Emmanuela OBI, Plaintiff–Appellant,**

v.

**VIRGINIA STATE UNIVERSITY, Defendant–Appellee.**

No. 13–1047.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 21, 2013.

Decided: March 27, 2013.

Emmanuela Obi, Appellant Pro Se.

Before AGEE and DAVIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Emmanuela Obi appeals the district court's order dismissing Obi's civil action without prejudice.\* We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Obi v. Virginia State Univ.*, No. 3:12–cv–00825–JAG

\* Generally, orders dismissing complaints without prejudice are interlocutory and not appealable. *Domino Sugar Corp. v. Sugar Workers Local Union 392*, 10 F.3d 1064, 1066–67 (4th Cir.1993). However, orders dismissing actions or cases in their entirety without prejudice generally are appealable. *Chao v. Rivendell Woods, Inc.*, 415 F.3d 342, 345 (4th

(E.D.Va. Jan. 2, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*

Cir.2005). We find that the district court's order is an appealable order because the action was dismissed in its entirety and the district court's order indicates that "amendment of [Obi's] complaint would not permit [her] to continue the litigation in the district court." *Id.*